## Complaint

I have a lot to say, which I will save for court. Foremost, 5:20-mc-01455 has not been answered.

FILED
AUG 11 2021
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
DEPUTY

SA21CA0752XR

**PacerMonitor** — Search case 5:20-mc-01 — A Fitch Solutions Service — Subscribe Now — rosssuberwilson@gmail.com

### Suber-Wilson v. Ezra et al

Texas Western District Court
Case Filed: Dec 22, 2020
Judge: Fred Biery
Referred: Henry J Bemporad
Case #: 5:20-mc-01455
Nature of Suit: 890 Other Statutes - Other Statutory Actions
Cause: 28:2271 Federal Tort Claims Act

Docket   Parties   News

Docket last updated: 8 hours ago

**Thursday, June 03, 2021**

13 — misc | Letter/Correspondence | Fri 06/04 8:49 AM
Correspondence from Ross Suber-Wilson. (bc)

**Tuesday, February 02, 2021**

12 — respoth | Objection to Report and Recommendations | Tue 02/02 11:26 AM
OBJECTION to 8 Report and Recommendations by Ross Suber-Wilson. (bc)

**Monday, February 01, 2021**

11 — misc | Certified Mail Receipt | Tue 02/02 9:11 AM
Certified Mail Receipt- Green Card Return of 8 Report and Recommendations for: Ross Suber-Wilson (bc)

**Tuesday, January 26, 2021**

10 — 1 pgs | order | Order --Util - Case No Longer Referred to Magistrate Judge | Wed 01/27 9:53 AM
ORDER RETURNING CASE TO DISTRICT COURT-- All matters for which this case was referred to the Magistrate Judge having been considered and acted upon, it is FURTHER ORDERED that the above-entitled and numbered cause is RETURNED to the District Court for all purposes. Signed by Judge Henry J. Bemporad. (bc)

9 — misc | Certified Mailing | Tue 01/26 3:06 PM
Certified Mailing of 8 Report and Recommendations to Ross Suber-Wilson (bc)

8 — misc | Report and Recommendations | Tue 01/26 2:53 PM
REPORT AND RECOMMENDATIONS re 3 Amended Complaint filed by Ross Suber-Wilson, 7 Motion to Proceed In forma pauperis filed by Ross Suber-Wilson. Signed by Judge Henry J. Bemporad. (bc)

**Tuesday, January 19, 2021**

7 — motion | Proceed In Forma Pauperis | Wed 01/20 1:25 PM
PRO SE MOTION to Proceed in forma pauperis by Ross Suber-Wilson.. Motions referred to Judge Henry J. Bemporad. (bc)

*Ross Suber-Wilson* (signature)